RALPH R. RIOS SBN 80585
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Telephone: (626) 799-9375
Facsimile: (626) 799-9380

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. and through his Guardian Ad Litem MONICA MARIN, et al.<br><br>*Plaintiffs,*<br>vs.<br><br>ALVORD UNIFIED SCHOOL DISTRICT et al., *Defendants.* | Case No. 5:17-CV-01016 KK<br><br>[Hon. Magistrate Kenly Kiya Kato]<br><br>**UNOPPOSED PETITION FOR APPROVAL OF MINORS' COMPROMISE OF CLAIMS** |

**I.      Basis for Petition :**

The parties have agreed to settle the instant matter.

The present claim is a personal injury case arising from an incident on May 23, 2016. L.M., a minor is a Hispanic American, ten-year-old student who is currently enrolled in the 6th grade. L.M. suffers from multiple disabling conditions including Spina Bifida, Neurogenic bladder, Epilepsy, Cerebral Palsy, Orthopedic Impairments, Intellectual Disability, and severe impairments in the areas of vision and speech/language since birth. L.M. is almost entirely nonverbal, but he is able to communicate through facial gestures. L.M. is non-ambulatory, requires full leg braces for standard use, and daily urine catheterization. He suffers from recurrent urinary tract infections and is confined to a wheel chair.

On May 23, 2016, L.M, returned home from school with a severely fractured left arm, with visible contusions, swelling, discoloration, and disfigurement. Monica Marin immediately notified Defendants of Luis' injury while making her way to the hospital.. Photographs of the injury taken at the time by Luis and Monica depicts the left arm bone having either splint, cracked or snapped in half between his shoulder and elbow. The photographs also show the bone protruding through part of Luis' left arm, resulting in large, dark red contusions and significant swelling covering the length of his arm. It is unknown what resulted in Luis' injury other than it occurred while he was under the care of RCOE employees, whom teach and provide services to L.M. Jr. Despite Plaintiffs effort to find out the cause of L.M.' injuries, no one at the school could explain how L.M was injured.

## II.   Procedural History

On May 22, 2017 Plaintiff filed complaint for damages against the Defendants in the United District Court Case Number 17-1016-KK.  On December 23, 2018 parties reached a settlement agreement of the lawsuit.

## III.   Basic Terms of the Settlement of the Litigation:

This final settlement is in accordance with the following terms and conditions for Plaintiff to receive and Defendants to pay the sum of Forty Thousand Dollars and no /100s. ($40,000) Said payment shall be made within 60 days within of the approval of the settlement by the governing board of the Riverside County Office of Education, Alvord Unified School District .

Under this Petition proposal, the minor Plaintiff would receive the gross amount of $40,000 gross settlement. Plaintiffs' counsel is requesting 25% attorney's fees and costs.

*See* 28 U.S.C. § 2678 ("No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 25 per centum of any judgment rendered pursuant to section 1346(b) of this title or any settlement made pursuant to section 2677 of this title[.]"). Should the Court accept this Petition, the child will pay 25% attorney's fees and costs from the $40,000.00 settlement that the minor will receive from the Defendants Riverside County Office of Education, Alvord Unified School District .

### IV.   Parties:

The parties to the gross settlement are as follows:

1.   Plaintiff L.M. , a minor, by and though his guardian ad litem MONICA MARIN

### V.   Current Status of the Settlement of the Litigation:

The Plaintiffs and Defendant have reached a settlement in this matter. The settlement is between the Plaintiff L.M.  and Defendants Riverside County Office of Education, and Alvord Unified School District. Any and all remaining claims, and with regard to Defendant Riverside County Office of Education and Alvord Unified School District will be dismissed upon Court approval of the minor's compromise.

This settlement will be without any admission of liability by Riverside County Office of Education and Alvord Unified School District for the acts complained of, with each side bearing their own fees and costs, unless otherwise provided for herein below. All claims against the Riverside County Office of Education and Alvord Unified School District and the individually named defendants are to be dismissed as part of the settlement.

**VI.    Proposed Compromise of Minors' Claims with the** Riverside County Office of Education and  Alvord Unified School District**:**

Under the monetary terms of the settlement, the Riverside County Office of Education and Alvord Unified School District will pay a combined total of $40,000.00 for the minor Plaintiff minus attorney fees of $10,000 at 25%.

**A.     Gross settlement amounts to Plaintiff:**

The Defendant has agreed to pay $40,000.00 to Plaintiff. This amount will be distributed as follows: Plaintiff minor will receive $40,000.

As of the date of filing this Petition, costs incurred by Plaintiffs' counsel are waived.

**B.     Net distribution to the minor Plaintiff L.M. :**

The final net distribution of the proceeds will be as follows:

(a) After deduction of 25% attorney's fees in the amount of $10,000.00, Minor Plaintiff L.M. will receive a net of $30,000.00;

Plaintiffs' counsel had no prior relationship with any Plaintiff prior to representing them in this case. Plaintiffs' counsel submits that the attorney's fees are reasonable and may be awarded in the amounts requested.

**D.     Plaintiff L.M.  request that the Court order that the net Proceeds of the settlement, $30,000.00 for minor shall be deposited in a Blocked Account until each minor reaches the age of eighteen years.**

The minor Plaintiffs herein, Plaintiff John K.V. Doe and Plaintiff John B.M. Doe, request that the Court issue an Order whereby the net proceeds of the settlement, $30,000.00 for minor, shall be placed in a Blocked Account until each minor reaches the age of eighteen (18) years. The blocked account belongs to minor. Plaintiff L.M. was born on October 13, 2005. No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order or until the minor attains the age of 18 years. When each minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all monies including interest deposited under this order. The money on deposit is not subject to the escheat.

Within 72 hours of receipt of any check or draft, payable to the minor L.M, shall deposit the check or draft in a Blocked Account at Bank of America 929 Fair Oaks Avenue, South Pasadena, CA. 91030.

**VII. Conclusion**

Plaintiffs and their counsel respectfully request that the Court approve the distribution of proceeds of settlement as set forth hereinabove, and the payment of attorneys' fees and costs, without a hearing. Plaintiffs have submitted a proposed order in this regard and respectfully request the Court's signature thereon, and filing thereof.

Dated:  March 13, 2019            RIOS AND ASSOCIATES

```
                                  _____/s/_____
                                  Ralph R. Rios,
                                  Attorneys for Plaintiff
```