UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through his Guardian Ad Litem MONICA MARIN,<br><br>    Plaintiffs,<br><br>v.<br><br>ALVORD UNIFIED SCHOOL DISTRICT, and the RIVERSIDE COUNTY OFFICE OF EDUCATION, KEVIN McCALLEY, as an individual, ISRAEL AVILA, as an individual, FRANCINE RAMIREZ, as an individual, and BARBARA SPAULDING and DOES 1-10,<br><br>    Defendants. | **CASE NO. EDCV 17-01016-KK**<br><br>Magistrate Judge Kenly Kiya Kato<br><br>[~~PROPOSED~~]<br><br>**AMENDED ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR, L.M.**<br><br>TRIAL DATE:     June 10, 2019<br>ACTION FILED:  May 22, 2017<br><br>**NOTE CHANGES MADE BY THE COURT** |

Having considered the Petition for Approval of Minors' Compromise of Claims, Dkt. 52, including the settlement agreement attached thereto, and the Amended Petition for Order Approving Compromise of Disputed Claim of Minor, L.M., Dkt. 54, and the retainer agreement attached thereto, the Court finds:

1.    Petitioner, MONICA MARIN, has petitioned for court approval of a proposed compromise of disputed claim of minor.

2.    Petitioner, MONICA MARIN, is the parent and Guardian ad Litem to

claimant.

3. Claimant, L.M., is a minor.

4. The action to be compromised is asserted against defendant, Alvord Unified School District, the Riverside County Office of Education, Kevin McCalley, Israel Avila, Francine Ramirez and Barbara Spaulding, herein after collectively referred to as the "payer."

5. The Court orders that:

    a. The petition for compromise of disputed claim of minor is approved. The gross amount of the settlement in favor of claimant, L.M. is $40,000.

    b. The payer shall disperse the proceeds of the settlement approved by this order in the following manner:

        (1) Attorney's fees in the amount of $10,000.00 payable to Rios & Associates, 1499 Huntington Drive, Suite 402, South Pasadena, California 91030;

        (2) The balance of the settlement available to claimant after payment of allowed fees in the amount of $30,000.00 drawn payable to the order of the petitioner as trustee for the claimant.

    c. Within 72 hours of receipt of a draft described in item 5b(2) above, the petitioner and petitioner's attorney must deposit the draft in the petitioner's name as trustee for the claimant in a blocked account at Bank of America ("depository"), 929 Fair Oaks Avenue, South Pasadena, California 91030; (626) 578-5125.

6. The Court further orders that:

    a. The blocked account belongs to plaintiff, L.M., a minor. The minor was born on October 13, 2005. No withdrawals of principal or interest may be made from the blocked account without a further written

order under this case name and number, signed by a judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains he age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interested deposited under this order. The money on deposit is not subject to escheat.

b.   The petitioner and petitioner's attorney shall deliver a copy of this order to the depository in which the funds are deposited under this order. Petitioner shall provide to this court verification of deposit of moneys into blocked account pursuant to this order within 15 days of deposit.

c.   Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

7.   The court makes the following additional orders:

a.   Petitioner's attorney is directed to file with this court a copy of the executed retainer agreement with petitioner no later than 12:00 p.m. on March 15, 2019.

b.   A copy of this executed order shall be served on the payer forthwith.

**The notice of dismissal of the action pursuant to Federal Rule of Civil Procedure 41 shall be filed with the Court no later than thirty days from the date of this Order.**

DATED: March 19, 2019         By: _____
                                  Hon. Kenly Kiya Kato
                                  United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR