UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through his Guardian Ad Litem MONICA MARIN,<br><br>Plaintiffs,<br><br>v.<br><br>ALVORD UNIFIED SCHOOL DISTRICT, and the RIVERSIDE COUNTY OFFICE OF EDUCATION, KEVIN McCALLEY, as an individual, ISRAEL AVILA, as an individual, FRANCINE RAMIREZ, as an individual, and BARBARA SPAULDING and DOES 1-10,<br><br>Defendants. | **CASE NO. 5:17-cv-01016 KK**<br><br>Magistrate Judge Kenly Kiya Kato<br><br>[PROPOSED]<br><br>**ORDER OF DISMISSAL**<br><br>ACTION FILED: May 22, 2017 |

Having considered the Joint Stipulation for Dismissal of Case signed by counsel for all parties,

IT IS HEREBY ORDERED that the entire action shall be dismissed with prejudice.

DATED: May 9, 2019                    By: _____
                                          Hon. Kenly Kiya Kato
                                          United States Magistrate Judge